JUDGE HOLWELL

**'08 CIV 4275**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

VLADIMIR GOLOVANOV,

                            **Plaintiff,**

             - against -

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security;
EMILIO T. GONZALEZ, Director of U.S.
Citizenship and Immigration Services;
ROBERT S. MUELLER III, Director of
Federal Bureau of Investigation
ANDREA J. QUARANTILLO, Director,
New York City District, U.S. Citizenship
and Immigration Service
MICHAEL MUKASEY, U.S. Attorney
General of the United States of America
                        **Defendants.**

-----------------------------------------------------------------X

**Index No:**

**COMPLAINT FOR WRIT IN
THE NATURE OF MANDAMUS**



RECEIVED
MAY 06 2008
U.S.D.C. S.D. N.Y.
CASHIERS

       Plaintiff, Vladimir Golovanov, by his attorneys, Law Offices of Tsirina Goroshit & Associates, P.C., in the above-captioned matter, and hereby upon information and belief alleges as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the Plaintiff, Vladimir Golovanov. The application was filed and remains within the jurisdiction of the Defendants, who have improperly handled and delayed processing the application to Plaintiff detriment.

**PARTIES**

2. Plaintiff, Vladimir Golovanov, resides at 170 East 88 Street, Apt.6C, New York, NY, 10128 alien number 95521158, is the applicant of an I-485, Application to Register Permanent Resident or Adjustment of Status, filed with the USCIS on February 13, 2002.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with

1

enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4.  Defendant Dr. Emilio T. Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5.  Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's case.

6.  Defendant Andrea J. Quarantillo, District Director, is an official of U.S. Citizenship & Immigration Services (USCIS) generally charged with authority over operation of the USCIS within her District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). Defendant District Director is an official with whom Plaintiff's application to Register Permanent Residence of Adjustment of Status was properly filed.

7.  Defendant, Michael Mukasey, is the Attorney General of the United States, he is charged with controlling determination of all issues of law pertaining immigration and with representing the United States of America in various legal matters. Specifically, the Attorney General is responsible for the adjudication of application for adjustment of status filled pursuant to §245 of INA, 8 USC § 1255.

## JURISDICTION

8.  Jurisdiction in this case is proper under 28 USC §§ 1331 and 1361, APA 5 USC § 555(b), 5 USC §701 et seq., §702, 5 *USC §§ 706 (1)* and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

9.  Venue is proper in this Court, pursuant to 28 USC §§ 1391 (e), in that this is an action against officers and agencies of the United States in their capacity, brought in the District where Plaintiff resides.

2

## EXHAUSTION OF REMEDIES

10. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS documents that clearly establish his eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

11. The Plaintiff properly filed a Family based application I-485, Application to Register Permanent Resident or Adjust Status. **Enclosed as an Exhibit A** a copy of USINS receipt.

12. This petition along with an I-130 and supporting documentation was filed by the plaintiff through his attorney on or about February 13, 2002. Fingerprints were submitted to USCIS twice. First time on or about December 30, 2003 and a second time on or about June 7, 2005. The Plaintiff was interviewed twice at New York District Office located in New York, NY. On February 2, 2004 and on March 15, 2006 and was informed that USCIS had not completed his background checks and therefore, was unable to approve the petition. Enclosed as **Exhibit B** are interview appointments documents from the USCIS.

13. Since April 2004, Plaintiff has been contacting USCIS about the case status at least once a month to figure out why the processing of the case has been delayed and has received no definitive responses or relief and made numerous specific requests with USCIS New York District Office. Since April 2004, approximately, once per month, Plaintiff appeared before the USCIS New York District Office in order to inquire information about the status of his case, and was told that the USCIS still had not completed his background check and does not know when it will be completed.

14. Plaintiff engaged law office of Magier & Savrin to write follow up letters to USCIS pertaining his delayed Adjustment of status pending security name checks evidenced by letters dated April 9, 2004, January 21, 2005, April 5,2005, September 7, 2005, June 7,2007 and July 9,2007. USCIS did not respond to these letters. Enclosed hereto as an **Exhibit C.**

15. Since September 2004, Plaintiff requested Congressional Assistance from the office of Hillary Rodham Clinton, from Charles E. Schumer, and from Congresswoman Maloney, but the only answer that was received from USCIS is that USCIS is unable to decide on this case due to pending security checks. Enclosed hereto letters and responses as an **Exhibit D.**

16. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulation (see 8 U.S.C. § 1255(b); 8 C.F.R§103.2 (19); 8. C.F.R§ 245(a)(5)) and have improperly delayed the processing of the Plaintiff's I-485 Application after the

Plaintiff had submitted a properly executed application. It has been **75 months** since Plaintiff has filed his I-485.

17. Under the recent USCIS Memorandum, dated February 4, 2008 " Where the application is otherwise approvable and the FBI name checks request has been pending for more than 180 days, the adjudicator **shall approve** the I-485, I-601, I-687, or I-698 and proceed with card issuance. (Emphasis added). Enclosed hereto as an **Exhibit "E"**. Moreover, USCIS news release dated April 2, 2008, states as follows: "The FBI has already eliminated all name check cases pending more than four years". Plaintiff is waiting for six years and three months. Enclosed a copy of news release as an **Exhibit "F"**.

18. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedure. The Defendants actions in adjudicating the Plaintiff's case have clearly gone beyond the expected processing time. Plaintiff's application for adjustment of status remained not adjudicated for a period of 6 years and 3 months substantially beyond all applicable processing times and delays.

19. Defendants delay in this case is, as matter of law, arbitrary and not according with law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving him of the rights to which the Plaintiff is entitled.

20. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

      (a) Specifically, Plaintiff Vladimir Golovanov has been unable to obtain legal permanent residence, travel, work and study without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.

      (b) Plaintiff Vladimir Golovanov, holds a Ph.D in Physics, he is a employed as a Senior Vice President in RBS Greenwich Capital Markets, Inc., and is a father of two baby girls, underwent a great stress during six years of his process of adjustment due to a constant attempts to obtain information regarding his case status, contacting Congress representatives, and currently, after a birth of his baby girl, must spend time with his infants, therefore, making it more difficult to revisit New York District Office and contacting USCIS for the status updates.

      (c) Plaintiff has been damaged in his ability to work and travel, because his employment authorization and ability to travel are tied to his status as an applicant for permanent residency and is limited to increments not to exceed one year. Therefore, Plaintiff has been forced to apply and pay for work permit and travel documents 6 times.

21. Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., § 706(1) are unlawfully withholding action on the Plaintiff's application and have failed to

carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case. Defendants are administrative agencies subject to 5 U.S.C § 555(b), thus defendants have a legal duty to complete security checks and adjudicate application for adjustment of status within a reasonable time.

22. Plaintiff has provided sufficient evidence of his attempt to secure adjudication of this application at issue, all to no avail. Accordingly, the Plaintiff has been forced to pursue the instant action.

## PRAYER

23. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

      (a) requiring Defendants to properly adjudicate Plaintiff's application for an adjustment of status;

      (b) requiring Defendants to provide the Plaintiff with a Notice of Approval;

      (c) awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act 5 USC 504.

      (d) granting such other relief at law and in equity as justice may require.

Dated:      May 5, 2008
             New York, NY

By_____

Tsirina Goroshit (TG7676)
Attorney for the Plaintiff
Law Offices of Tsirina Goroshit &
Associates, P.C
275 Madison Ave, 4th Floor
New York, NY 10016
Tel (347)249-1311
lawmakesdifference@hotmail.com





U.S.I.N.S.
FEE RECEIPT
A CENTURY OF SERVICE

02/13/02     N.Y.C.

0*0
GOLOVANOV
I 130      % 110.00
I 765      % 105.00
FR PRINT      % 25.00
I 485      % 220.00
SUBTTL      455.00
TTLAMT      455.00
BC      455.00
CHANGE      0.00

4 ITEMS

0023006      10:13

**B**



U. S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

## PRESENT THIS LETTER AT THE WORTH STREET ENTRANCE

Vladimir GOLOVANOV

345 East 80th Street, Apt. 19B

New York, NY 10021

**File Number:** A95521158

**Date:** 06/20/2003

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 26 FEDERAL PLAZA NEW YORK, NY 10278 | Room No. 8-800 | Floor No. 8TH |
|---|---|---|---|
| DATE AND HOUR | | 02/02/2004 | 7:45:00 AM |
| ASK FOR | IMMIGRATION EXAMINER | | |
| REASON FOR APPOINTMENT | ADJUSTMENT OF STATUS | | |
| BRING WITH YOU | SEE ATTACHMENTS | | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
IF YOU ARE UNABLE TO DO SO, STATE YOUR REASON, SIGN BELOW AND RETURN THIS LETTER.

WARNING:

IF YOU CONSIDER DEPARTING FROM THE UNITED STATES TO ANY COUNTRY, INCLUDING CANADA OR MEXICO, BEFORE A DECISION IS MADE ON YOUR APPLICATION, CONSULT WITH THIS OFFICE BEFORE DEPARTURE SINCE A DEPARTURE FROM THE UNITED STATES WILL RESULT IN TERMINATION OF YOUR APPLICATION.

| I am unable to keep the appointment because: | |
|---|---|
| SIGNATURE | DATE |

Attorney Name:     Magler & Savrin

Attorney Address:  460 Seventh Avenue, Suite 2407

New York, NY 10123-

*Fingerprint appointment forward to applicant.

Very truly yours,

Mary Ann Gantner
Interim Director
New York District



**U. S. Department of Homeland Security**
**Bureau of Citizenship and Immigration Services**

## PRESENT THIS LETTER AT THE WORTH STREET ENTRANCE

Vladimir GOLOVANOV

170 East 88th Street, Apt 6C

New York, NY 10028

**File Number:** A95521158

**Date:** 1/11/2006

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 26 FEDERAL PLAZA NEW YORK, NY 10278 | Room No. 8-800 | Floor No. 8TH |
|---|---|---|---|
| DATE AND HOUR | | 3/15/2006 | 10:30:00 AM |
| ASK FOR | IMMIGRATION EXAMINER | | |
| REASON FOR APPOINTMENT | ADJUSTMENT OF STATUS (NOTE: This notice does not represent a decision on motions in any related matters or prior decisions.) | | |
| BRING WITH YOU | SEE ATTACHMENTS | | |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**
IF YOU ARE UNABLE TO DO SO, STATE YOUR REASON, SIGN BELOW AND RETURN THIS LETTER.

WARNING:
IF YOU CONSIDER DEPARTING FROM THE UNITED STATES TO ANY COUNTRY, INCLUDING CANADA OR MEXICO, BEFORE A DECISION IS MADE ON YOUR APPLICATION, CONSULT WITH THIS OFFICE BEFORE DEPARTURE SINCE A DEPARTURE FROM THE UNITED STATES WILL RESULT IN TERMINATION OF YOUR APPLICATION.

| I am unable to keep the appointment because: | |
|---|---|
| SIGNATURE | DATE |

| | |
|---|---|
| Attorney Name: Magier & Savrin Esq | Very truly yours, |
| Attorney Address: 450 Seventh Ave Ste 2407 | |
| New York, NY 10123- | Mary Ann Gantner District Director - CIS New York District |



**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services

# Fingerprint Notification

Vladimir GOLOVANOV

345 East 80th Street, Apt. 19B

New York, NY 10021

**Date:** 06/20/2003

**A Number:** A95521158

**DOB:** 10/20/1971

Dear Applicant:

To continue processing your (please circle one of the followings: I-485, _____ ) application,
INS must send your fingerprints to the Federal Bureau of Investigation. If you were between the ages of 14
and 75 at the time of filing, you must have your fingerprints taken at an INS Application Support Center
(ASC). You have been scheduled to be fingerprinted at the location listed below:

| Address | Hours of Operation | |
|---|---|---|
| US Immigration & Naturalization Service | Saturday & Sunday | Closed |
| 201 Varick Street - 10 Floor | Monday - Friday | 8 am - 4 pm |
| New York, NY 10014 | Also Closed On Federal Holidays | |

Corner of Varick Street and Houston Street.
Subway: Take the B, D, Q, E or F to West 4 Street, then walk about 3 blocks. Take the Number 1 or 9 to Houston
Street Station

## You are scheduled to be fingerprinted at the address above

**on** ___12/26/2003___ **at** __8:00 AM__

When you go to have your fingerprints taken, you must bring:
1) This Letter; and
2) Your Alien Registration Card (ARC). If you do not have your ARC, you must bring alternative
   photo identification such as passport, valid driver's license, national ID, State-issued photo ID, or
   other INS-issued photo ID.

Please be reminded that you must bring this letter and proper photo identification mentioned above to have
your fingerprints taken, without them the INS ASC will not take your fingerprints. This will delay in the
processing of your application.

If you can not go to the INS ASC on your scheduled day, you must request another appointment in writing
to the address listed above within 7 days after you have received this letter. You must have your
fingerprints taken within 87 days from the date on the upper right hand corner of this notice. **If you do
not have your fingerprints taken within that period, your application or petition
may be considered abandoned and denied.** Please do not appear before your scheduled date

Sincerely,

Mary Ann Gaetner
Interim Director
New York District



**U.S. Department of Justice**
**Immigration and Naturalization Service**

# Fingerprint Notification

Date: _MAy 21, 2005_

_Seymour MAgier_
_450 Seventh Ave, Ste. 2407_
_New York, NY 10123_
_CC: Vladimir Golovanov_

A Number: _A095 521 158_

DOB: _10/20/1971_

Dear Applicant:

To continue processing your (please circle one of the followings: I-246, I-485, I-589, _____)
application, INS must send your fingerprints to the Federal Bureau of Investigation. If you were between
the ages of 14 and 75 at the time of filing, you must have your fingerprints taken at an INS Application
Support Center (ASC). You have been scheduled to be fingerprinted at the location listed below:

**Address**
US Immigration & Naturalization Service
201 Varick Street – 10ᵗʰ Floor
New York, NY 10014

**Hours of Operation**
Saturday  &  Sunday          Closed

Monday – Friday          8am-4pm

Also Closed On Federal Holidays

## You are scheduled to be fingerprinted at the address above on _June 7, 2005_ at _8:00_ AM

When you go to have your fingerprints taken, you must bring:
1) This Letter
2) Your Alien Registration Card (ARC). If you do not have your ARC, you must bring alternative
photo identification such as passport, valid driver's license, national ID, State-issued photo ID, or
other INS-Issued photo ID.

Please be reminded that you must bring this letter and proper photo identification mentioned above to have
your fingerprints taken, without them the INS ASC will not take your fingerprints. This will delay in the
processing of your application.

If you can not go to the INS ASC on your scheduled day, you must request another appointment in writing
to the address listed above within 7 days after you have received this letter. You must have your
fingerprints taken within 87 days from the date on the upper right hand corner of this notice. If you do
not have your fingerprints taken within that period, your application or petition
may be considered abandoned and denied.

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:          XNK

BIOMETRICS QA REVIEW BY:
                    ON
FINGERPRINTS QA REVIEW BY:
157497         ON   06/07/2005

**N.Y.C. - XNK**
201 VARICK STREET – 10 FL
N.Y., NY 10014

MONDAY – FRIDAY
8:00 AM – 4:00 PM

Corner of Varick Street and Houston Street
Subway: Take the B, D, Q, E, or F train to W 4 Street, then walk about three blocks. Take the number 1 or
9 train to Houston Street Station.

C

MAGIER & SAVRIN
*ATTORNEYS AT LAW*

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

450 Seventh Avenue
Suite 2407
New York, NY 10123-0110
Tel: (212) 564-8525
Fax: (212) 967-0867
symag@aol.com - jasavrin@aol.com

Great Neck Office:
40 Cutter Mill
Room 300
Great Neck, NY 11021

April 9, 2004

**By Hand**

US Citizenship and Immigration Services
26 Federal Plaza, 8th Floor
New York, NY 10278
**ATTN: Officer Lisa Dore**

RE:    **GOLOVANOV, Vladimir**
       **A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above mentioned was interviewed in your office by Officer Dore on February 2, 2004 as per attached notice.

On that day, the applicant was told to wait for clearances. It has been more than two months and there has been no response.

Kindly locate file and advise me of the status of this case.

Thank you.

Very truly yours,

SEYMOUR MAGIER

S:\Subrina\Clients\G\Golovanov\inquiry.doc

**MAGIER & SAVRIN**
*ATTORNEYS AT LAW*

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue*
*Suite 2407*
*New York, NY 10123-0110*
*Tel: (212) 564-8525*
*Fax: (212) 967-0867*

*Great Neck Office:*
*40 Cutter Mill*
*Room 300*
*Great Neck, NY*
*11021*

January 21, 2005

USCIS
26 Federal Plaza
New York, NY 10278
**ATTN: Officer Lisa Dore**

RE:    **APPLICATION FOR ADJUSTMENT OF STATUS**
       **GOLOVANOV, Vladimir**
       **A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above-mentioned applicant was interviewed in your office by you on February 2, 2004 as per attached notice. The case appeared to be approved pending clearances.

Please advise us if/when you will receive clearances so that the applicant can receive of his green card.

Thank you for your kind cooperation regarding this matter.

Very truly yours,

MAGIER AND SAVRIN

S:\BellaClients\G\Golovanov\Status letter to NY.doc

## MAGIER & SAVRIN
### ATTORNEYS AT LAW

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue
Suite 2407
New York, NY 10123-0110
Tel: (212) 564-8525
Fax: (212) 967-0867*

*Great Neck Office:
40 Cutter Mill
Room 300
Great Neck, NY
11021*

April 5, 2005

USCIS
26 Federal Plaza
New York, NY 10278
**ATTN: Officer Lisa Dore**

RE:    **APPLICATION FOR ADJUSTMENT OF STATUS
GOLOVANOV, Vladimir
A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above-mentioned applicant was interviewed in your office by you on February 2, 2004 as per attached notice. The case appeared to be approved pending clearances.

Please advise us if/when you will receive clearances so that the applicant can receive of his green card.

Thank you for your kind cooperation regarding this matter.

Very truly yours,

MAGIER AND SAVRIN



S:\Legal\Clients\G\Golovanov\Status letter to NY.doc

MAGIER & SAVRIN
*ATTORNEYS AT LAW*

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue*
*Suite 2407*
*New York, NY 10123-0110*
*Tel: (212) 564-5525*
*Fax: (212) 967-0867*

*FILE COPY*

Great Neck Office:
40 Cutter Mill
Room 300
Great Neck, NY
11021

September 7, 2005

USCIS
26 Federal Plaza
New York, NY 10278
**ATTN: Officer Lisa Dore**

RE:    **APPLICATION FOR ADJUSTMENT OF STATUS**
       **GOLOVANOV, Vladimir**
       **A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above-mentioned applicant was interviewed in your office by you on February 2, 2004 as per attached notice. The case appeared to be approved pending clearances.

Please advise us if/when you will receive clearances so that the applicant can receive of his green card.

Thank you for your kind cooperation regarding this matter.

Very truly yours,

MAGIER AND SAVRIN

S:\Stafs\Clients\G\Golovanov\Status letter to NY.doc

MAGIER & SAVRIN

**FILE COPY**

*ATTORNEYS AT LAW*

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue*
*Suite 2407*
*New York, NY 10123-0110*
*Tel: (212) 564-8525*
*Fax: (212) 967-0867*
*symag1115@yahoo.com*
*jasavrin@gmail.com*

*Great Neck Office:*
*40 Cutter Mill*
*Room 300*
*Great Neck, NY 11021*

June 7, 2007

U.S. Citizenship and Immigration Services
26 Federal Plaza,
Section 245, Floor No. 8
New York, NY 10278
Attention: DAO Wanton

> **Re:    I-485 Application for Adjustment of Status**
> **Mr. Vladimir GOLOVANOV – A# 95 521 158**

Dear DAO Wanton:

Please be advised that Mr. Golovanov was interviewed by you on March 15, 2006 as per the attached notice. On that day, Mr. Golovanov's name clearance was not back.

It has been more than two months and we have not received any correspondence from the Immigration Service regarding the above-mentioned case.

Kindly locate the file and advise us on the status of this application for adjustment of status.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

JANET A. SAVRIN

# MAGIER & SAVRIN
*ATTORNEYS AT LAW*

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue*
*Suite 2407*
*New York, NY 10123-0110*
*Tel: (212) 564-8525*
*Fax: (212) 967-0867*
*s;•mag1115@yahoo.com*
*jasavrin@gmail.com*

*Great Neck Office:*
*40 Cutter Mill*
*Room 300*
*Great Neck, NY 11021*

July 9, 2007

U.S. Citizenship and Immigration Services
26 Federal Plaza,
Section 245, Floor No. 8
New York, NY 10278
Attention: DAO Wanton

**Re:     I-485 Application for Adjustment of Status**
         **Mr. Vladimir GOLOVANOV – A# 95 521 158**

Dear DAO Wanton:

Please be advised that Mr. Golovanov was interviewed by you on March 15, 2006, and he was
fingerprinted by the USCIS on January 9, 2007, as per the attached notices. On that day, Mr.
Golovanov's name clearance was not back.

It has been more than fourteen months and we have not received any decision from the
Immigration Service regarding the above-mentioned case.

Kindly locate the file and advise us on the status of this application for adjustment status.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

MAGIER & SAVRIN

B:\Olgat\CLIENTS\Golovanov\2nd status letter to NYC - doc

# D

*Recvd - First Letter Cancelled*

Tamara Gruzberg
Vladimir Golovanov
170 E 88th street Apt 6C
New York, NY 10128

RECEIVED
6 2005

Carolyn Maloney (D-NY 14th)
1651 Third Ave., #311
New York, NY 10128

September 19, 2005

Dear Carolyn Maloney:

I am seeking your help in the matter very important for me and my family.

I am a naturalized citizen and petitioned for my husband Vladimir Golovanov (A 095 521 158.) to become a permanent resident more than three and a half years ago. Since then our child was born; she is three years old now. We have had our interview with a Homeland Security (former INS) officer more than a year and half ago on Feb 2, 2004. As far as we could tell the interview was successful, with the only remaining issue left was the security clearance from the Department of Homeland Security. Since then, for more than a year there were no development in our case until on May 21, 2005 Vladimir was called for second fingerprinting. We hoped that this would mean that our case is close to conclusion as we assumed that our file got a renewed attention from a reviewer. However, another three months passed without any progress.

My husband is making valuable contributions to our society. He has Ph.D. in Physics from the SUNY at Stony Brook; he has been working at a major financial company (Greenwich Capital Markets) for seven years.

Not having a permanent resident status is a severe burden on Vladimir and our whole family as we are lacking the very basic security and stability in our life.

We understand the need for the elevated scrutiny of Green card applicants in current environment; however one and half years from the interview (not to mention three and a half years from the initial application date) seems like a lot of time. The most disturbing issue here is that there is no timetable of any kind of when we can possibly expect the resolution of our case. As far as we can tell, it can last indefinitely.

We are hoping that being our representative in the US Congress you would help us to get our voices heard and our questions answered.

Here are some details of our application:
Vladimir Golovanov,
A#: 095 521 158
DOB: 10/20/1971
Place of Birth: Uzbekistan, Tashkent.
Citizenship: Ukraine
Petition Filed: 2/13/2002
First fingerprinting scheduled:  12/26/2003; postponed as the day declared federal
holiday. Taken on 12/30/2003
Interview: 2/2/2004
Second Fingerprinting:  6/7/2005
Green card received.    ??????

Sincerely,

Tamara Ginzburg

CAROLYN D. MALONEY
New York, New York

1234 Rayburn House Office Building
Washington, DC 20515-3214
(202) 225-7944

COMMITTEES:
FINANCIAL SERVICES

GOVERNMENT REFORM

JOINT ECONOMIC COMMITTEE



# Congress of the United States
## House of Representatives
### Washington, DC 20515-3214

September 27, 2005

DISTRICT OFFICES:
☐   1651 Third Avenue
Suite 311
New York, NY 10128
(212) 860-0606

☐   28-11 Astoria Boulevard
Astoria, NY 11102
(718) 932-1804

Website: www.house.gov/maloney

Mr. Juan Lima
Supervisory District Adjudications Officer
U.S. Citizenship And Immigration Services
Congressional Liaison Unit
26 Federal Plaza, Room 336
New York, NY 10278-0004

Re:    Vladimir Golovanov
A-095521158

Dear Mr. Lima:

I am writing on behalf of Tamara Gruzberg, who resides in the 14th Congressional District, which I represent. Ms. Gruzberg contacted me regarding the I-485 application filed by her husband, Vladimir Golovanov.

As stated in the enclosed correspondence, Mr. Golovanov filed for adjustment of status on February 13, 2002. I understand that Mr. Golovanov was interviewed on February 2, 2004. Since that time, Mr. Golovanov has received no further information regarding his I-485 application. Accordingly, please advise me as to the status of Mr. Golovanov's I-485 application for adjustment of status.

At this time, I request that Ms. Gruzberg's concerns receive prompt review and every possible consideration, consistent with all applicable rules and regulations. Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact Leena Krishnaswamy in my district office at (212) 860-0606.

Sincerely,

CAROLYN B. MALONEY
Member of Congress

CBM/lk
cc: Tamara Gruzberg

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

# U.S. DEPARTMENT OF HOMELAND SECURITY

Citizenship and Immigration Services

26 Federal Plaza

New York, New York 10278



A 95521156
NYC 06-0321

HONORABLE CAROLYN MALONEY
MEMBER OF U.S. CONGRESS
1651 THIRD AVENUE SUITE 311
NEW YORK, NY 10128

11-Oct-05

Subject: GOLOVANOV, VALDIMIR

Dear CONGRESSWOMAN MALONEY

We received your request for information relating to the subject on
10/11/2005

Your request is being handled in chronological order. It has been
assigned the following record number: 06-0321
Please cite this number in any further inquiry concerning this request.

We will respond to your request as quickly as possible.
Thank you for your patience in this matter.

Sincerely,

Mary Ann Gantner

Mary Ann Gantner
District Director
U.S. Citizenship & Immigration Services
New York District
MAG/ h. kwok





CAROLYN B. MALONEY
Member of Congress

# Congress of the United States
## House of Representatives
Washington, DC 20515-3214
January 30, 2006

Mr. Vladimir Golovanov
170 E 88th St Apt 9C
New York, NY 10128

Dear Mr. Golovanov:

I recently wrote to the USCIS on your behalf. Enclosed please find a copy of the response I received. I hope you find the information therein useful.

If you have any questions, or if I can be of further assistance regarding this or any other matter, please do not hesitate to contact Leena Krishnaswamy in my district office at (212) 860-0606.

Sincerely,

CAROLYN B. MALONEY
Member of Congress

CBM/blw

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

Sign up for periodic e-mail updates from Congresswoman Maloney at
http://www.house.gov/maloney/email.html

CAROLYN B. MALONEY
14th District, New York

2331 Rayburn House Office Building
Washington, DC 20515-3214
(202) 225-7944

COMMITTEES
FINANCIAL SERVICES

GOVERNMENT REFORM

JOINT ECONOMIC COMMITTEE



# Congress of the United States
## House of Representatives
### Washington, DC 20515-3214

January 4, 2006

Mr. Juan Lima
Supervisory District Adjudications Officer
U.S. Citizenship And Immigration Services
Congressional Liaison Unit
26 Federal Plaza, Room 536
New York, NY 10278-0004

Re: Golovanov, Vladimir
A-095521158

Dear Mr. Lima:

Thank you for your correspondence of October 11th, 2005, assigning the control # 06-0321 to my inquiry regarding the I-485 application for adjustment of status filed by Vladimir Golovanov. Mr. Golovanov resides in the 14th Congressional District, which I represent. To date, I have not received a substantive response to my inquiry.

As stated in the original correspondence (enclosed), Mr. Golovanov filed his application in February 2002 and was interviewed in February 2004. Since that time, Mr. Golovanov has not received any additional information from USCIS. Accordingly, please advise me as to the status of Mr. Golovanov's I-485 application for adjustment of status.

I request that Mr. Golovanov's application be reviewed once again, consistent with all applicable rules and regulations. If you have any questions regarding this matter, please do not hesitate to contact Leena Krishnaswamy in my district office at (212) 860-0606.

Sincerely,

Carolyn B. Maloney

CAROLYN B. MALONEY
Member of Congress

CBM/sr
cc: Vladimir Golovanov

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

PRINTED ON RECYCLED PAPER

CAROLYN B. MALONEY
14TH DISTRICT, NEW YORK

2331 RAYBURN HO. FF OFFICE BUILDING
WASHINGTON, DC 20515-3214
(202) 225-7944

COMMITTEES:
FINANCIAL SERVICES

GOVERNMENT REFORM

JOINT ECONOMIC COMMITTEE



# Congress of the United States
## House of Representatives
### Washington, DC 20515-3214

April 21, 2006

28-1900 190 ANN
1651 Third Avenue
Suite 311
New York, NY 10128
(212) 860-0606

28-11 Avenue Building
Astoria, NY 11102
(718) 932-1804

Website: www.house.gov/maloney

Sheri Kalisch
Office Of Congressional Affairs
Federal Bureau Of Investigation
U.S. Department of Justice
935 Pennsylvania Avenue
Washington, DC 20535-0001

Re:    Golovanov, Vladimir
       A95521158

Dear Ms. Kalisch:

I am writing on behalf of Tamara Gruzburg, who resides in the 14th Congressional District, which I represent. Ms. Gruzburg contacted me regarding the status of the security background checks for the pending I-485 application for adjustment of status filed by her husband, Vladimir Golovanov.

As noted in the enclosed correspondence, Mr. Golovanov submitted his I-485 application on February 13, 2002 and was fingerprinted for the first time on December 30, 2003. Since then, he has been fingerprinted once more, in June 2005, and he was summoned for another interview in March 2006. At this time, he was told that since the security checks have not been completed, USCIS cannot proceed with processing his application. Accordingly, please advise me as to when Mr. Golovanov can expect to receive security clearance.

At this time, I request that Ms. Gruzburg's concerns receive prompt review and every possible consideration, consistent with all applicable rules and regulations. Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact Tina Olechowski in my district office at (212) 860-0606.

Sincerely,

CAROLYN B. MALONEY
Member of Congress

CBM/blw
cc: Vladimir Golovanov

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

PRINTED ON RECYCLED PAPER

CAROLYN B. MALONEY



# Congress of the United States

## House of Representatives

Washington, DC 20515-3214

May 25, 2006

Ms. Tamara Gruzberg
170 E 88th St Apt 6C
New York, NY 10128-2378

Dear Ms. Gruzberg:

I recently wrote to the F.B.I. on your behalf. Enclosed please find a copy of the response I received. I hope you find the information therein useful. Please note I have sent a follow up letter to the F.B.I. I will forward you additional information as it as forthcoming.

If you have any questions, or if I can be of further assistance regarding this or any other matter, please do not hesitate to contact Tina Olechowski in my district office at (212) 860-0606.

Sincerely,

CAROLYN B. MALONEY
Member of Congress

CBM/itol

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

Sign up for periodic e-mail updates from Congresswoman Maloney at
http://www.house.gov/maloney/email.html

07/10/2007 16:42 FAX 2122642269          CONGRESSIONAL                        ☒002/002

# Congressional Unit

## GIVE THIS YOUR IMMEDIATE ATTENTION !



File No: 95521158
Date    : 6/28/2007
Ctrl    : **07-7246**

In Re: **GOLOVANOV, VLADIMIR**

Information requested by : **SCHUMER, CHARLES E.**
**757 THIRD AVENUE SUITE 17-02  NEW YORK, NY  10017**

[ ] Attorney    [ ] Congressional    [ ] Consulate    [ ] Other

Inquiry:    [ ] Telephone    [ ] By Letter    [ ] Appeared in person

## To: **CON**

Information requested:        FOR REVIEW AND RESPONSE, DUE BY  **7/28/2007**

STATUS OF I-485.

Information furnished:

PLEASE ADVISE YOUR CONSTITUENT ALL APPLICANTS SEEKING U.S. IMMIGRATION BENEFITS ARE SUBJECT TO CRIMINAL AND NATIONAL SECURITY CHECKS. THESE INVESTIGATIONS REQUIRE TIME RESOURCES AND PATIENCE. THE USCIS RECOGNIZES THAT THE PROCESS IS SLOWER FOR SOME CUSTOMERS. THE USCIS IS WORKING CLOSELY WITH THE FBI AND OTHER AGENCIES TO SPEED THE BACKGROUND CHECK PROCESS. HOWEVER, THE SERVICE CANNOT MAKE A FINAL DECISION WITHOUT CLEARANCE OF THE REQUIRED SECURITY CHECKS.

(Signature of Officer or Employee) 7/10/07

Approved by: (Signature of Supervisor) 7/10/07

Location:

## Congressional Unit

# GIVE THIS YOUR IMMEDIATE ATTENTION !



*TINA*

File No: 95521158
Date : 10/13/2006
Ctrl : **07-0278**

In Re: **GOLOVANOV, VLADIMIR**

Information requested by : **MALONEY, CAROLYN**
**1651 THIRD AVENUE SUITE 311  NEW YORK, NY 10128**

[ ] Attorney   [ ] Congressional   [ ] Consulate   [ ] Other

Inquiry: [ ] Telephone   [ ] By Letter   [ ] Appeared in person

To: **CON**

Information requested   FOR REVIEW AND RESPONSE, DUE BY  11/10/2006

STATUS OF I-485.

Information furnished

PLEASE BE ADVISED APPLICANT'S CASE IS CURRENTLY PENDING MANDATED SECURITY BACKGROUND CHECKS. BACKGROUND CHECKS MAY STILL BE CONSIDERED PENDING WHEN EITHER THE FBI OR RELEVANT AGENCY HAS NOT PROVIDED THE FINAL RESPONSE TO THE BACKGROUND CHECK OR WHEN THE FBI OR AGENCY HAS PROVIDED A RESPONSE, BUT THE RESPONSE REQUIRES FURTHER INVESTIGATION OR REVIEW BY THE AGENCY OR USCIS. RESOLVING PENDING CASES IS TIME-CONSUMING AND LABOR-INTENSIVE; SOME CASE LEGITIMATELY TAKE MONTHS OR EVEN SEVERAL YEARS TO RESOLVE.

10/11/06

(Signature of Officer or Employee)

Approved by

(Signature of Supervisor)

Mailen

01/26/2006 13:02 FAX 4122041234    U.S. ........    002/004

# Congressional Unit
## GIVE THIS YOUR IMMEDIATE ATTENTION !



File No: 95521158
Date     : 1/24/2006
Ctrl     : 06-3242

## In Re: GOLOVANOV, VLADIMIR

Information requested by :  MALONEY, CAROLYN
                           1651 THIRD AVENUE  SUITE 311  NEW YORK, NY 10128

[ ] Attorney    [ ] Congressional    [ ] Consulate    [ ] Other

Inquiry:  [ ] Telephone    [ ] By Letter    [ ] Appeared in person

## To:  CON

Information requested:    FOR REVIEW AND RESPONSE, DUE BY  2/23/2006

STATUS INQUIRY ON I-485.

Information furnished:

PLEASE BE ADVISED THAT APPLICANT WAS PREVIOUSLY INTERVIEWED AND WAITING FOR
COMPLETION OF ALL REQUIRED SECURITY AGENCY CHECKS.  APPLICANT WILL BE NOTIFIED BY
MAIL OF ALL FURTHER ACTIONS.

_____
(Signature of Officer of Employee)

Approved By:  _____    1/24/06
                   (Signature of Supervisor)

Logged on: _____



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

FEB 4 - 2008

HQ 70/23 & 70/28.1

## Interoffice Memorandum

**TO:**       Field Leadership

**FROM:**    Michael Aytes
             Associate Director, Domestic Operations

**SUBJECT:**  Revised National Security Adjudication and Reporting Requirements

**Background**

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director

**F**

*Office of Communications*



**U.S. Citizenship
and Immigration
Services**

# News Release

April 2, 2008

### USCIS AND FBI RELEASE JOINT PLAN TO ELIMINATE BACKLOG
### OF FBI NAME CHECKS
*Partnership Establishes Series of Milestones To Complete Checks*

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) and the Federal Bureau of Investigation (FBI) today announced a joint plan to eliminate the backlog of name checks pending with the FBI.

USCIS and the FBI established a series of milestones prioritizing work based on the age of the pending name check. The FBI has already eliminated all name check cases pending more than four years.

"This plan of action is the product of a strong partnership between USCIS and the FBI to eliminate the backlogs and to strengthen national security," said USCIS Director Emilio Gonzalez.

By increasing staff, expanding resources, and applying new business processes, the goal is to complete 98 percent of all name checks within 30 days. USCIS and the FBI intend to resolve the remaining two percent, which represent the most difficult name checks and require additional time to complete, within 90 days or less. The goal is to achieve and sustain these processing times by June 2009.

The joint plan will focus on resolving the oldest pending FBI name checks first. USCIS has also requested that the FBI prioritize resolution of approximately 29,800 pending name checks from naturalization applicants submitted to the FBI before May 2006 where the naturalization applicant was already interviewed.

The target milestones for processing name checks are:

| Completion Goal | Category |
| --- | --- |
| May 2008 | Process all name checks pending more than three years |
| July 2008 | Process all name checks pending more than two years |
| Nov. 2008 | Process all name checks pending more than one year |
| Feb. 2009 | Process all name checks pending more than 180 days |
| June 2009 | Process 98 percent of all name checks within 30 days and process the remaining two percent within 90 days. |

– USCIS –

JUDGE HOLWELL

'08 CIV 4275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VLADIMIR GOLOVANOV,

                                        Plaintiff,

                    - against -

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security;
EMILIO T. GONZALEZ, Director of U.S.
Citizenship and Immigration Services;
ROBERT S. MUELLER III, Director of
Federal Bureau of Investigation
ANDREA J. QUARANTILLO, Director,
New York City District, U.S. Citizenship
 and Immigration Service
MICHAEL MUKASEY, U.S. Attorney
General of the United States of America
                              Defendants.
-------------------------------------------------------------------X

Index No:

COMPLAINT FOR WRIT IN
THE NATURE OF MANDAMUS



        Plaintiff, Vladimir Golovanov, by his attorneys, Law Offices of Tsirina Goroshit &
Associates, P.C., in the above-captioned matter, and hereby upon information and belief alleges
as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed
   processing of an I-485 Application filed by the Plaintiff, Vladimir Golovanov. The
   application was filed and remains within the jurisdiction of the Defendants, who have
   improperly handled and delayed processing the application to Plaintiff detriment.

## PARTIES

2. Plaintiff, Vladimir Golovanov, resides at 170 East 88 Street, Apt.6C, New York, NY, 10128
   alien number 95521158, is the applicant of an I-485, Application to Register Permanent
   Resident or Adjustment of Status, filed with the USCIS on February 13, 2002.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and
   this action is brought against him in his official capacity. He is generally charged with

1

enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4.  Defendant Dr. Emilio T. Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5.  Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's case.

6.  Defendant Andrea J. Quarantillo, District Director, is an official of U.S. Citizenship & Immigration Services (USCIS) generally charged with authority over operation of the USCIS within her District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). Defendant District Director is an official with whom Plaintiff's application to Register Permanent Residence of Adjustment of Status was properly filed.

7.  Defendant, Michael Mukasey, is the Attorney General of the United States, he is charged with controlling determination of all issues of law pertaining immigration and with representing the United States of America in various legal matters. Specifically, the Attorney General is responsible for the adjudication of application for adjustment of status filled pursuant to §245 of INA, 8 USC § 1255.

## JURISDICTION

8.  Jurisdiction in this case is proper under 28 USC §§ 1331 and 1361, APA 5 USC § 555(b), 5 USC §701 et seq., §702, 5 USC §§ 706 (1) and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

9.  Venue is proper in this Court, pursuant to 28 USC §§ 1391 (e), in that this is an action against officers and agencies of the United States in their capacity, brought in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

10. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS documents that clearly establish his eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

11. The Plaintiff properly filed a Family based application I-485, Application to Register Permanent Resident or Adjust Status. **Enclosed as an Exhibit A** a copy of USINS receipt.

12. This petition along with an I-130 and supporting documentation was filed by the plaintiff through his attorney on or about February 13, 2002. Fingerprints were submitted to USCIS twice. First time on or about December 30, 2003 and a second time on or about June 7, 2005. The Plaintiff was interviewed twice at New York District Office located in New York, NY. On February 2, 2004 and on March 15, 2006 and was informed that USCIS had not completed his background checks and therefore, was unable to approve the petition. Enclosed as **Exhibit B** are interview appointments documents from the USCIS.

13. Since April 2004, Plaintiff has been contacting USCIS about the case status at least once a month to figure out why the processing of the case has been delayed and has received no definitive responses or relief and made numerous specific requests with USCIS New York District Office. Since April 2004, approximately, once per month, Plaintiff appeared before the USCIS New York District Office in order to inquire information about the status of his case, and was told that the USCIS still had not completed his background check and does not know when it will be completed.

14. Plaintiff engaged law office of Magier & Savrin to write follow up letters to USCIS pertaining his delayed Adjustment of status pending security name checks evidenced by letters dated April 9, 2004, January 21, 2005, April 5, 2005, September 7, 2005, June 7, 2007 and July 9, 2007. USCIS did not respond to these letters. Enclosed hereto as an **Exhibit C.**

15. Since September 2004, Plaintiff requested Congressional Assistance from the office of Hillary Rodham Clinton, from Charles E. Schumer, and from Congresswoman Maloney, but the only answer that was received from USCIS is that USCIS is unable to decide on this case due to pending security checks. Enclosed hereto letters and responses as an **Exhibit D.**

16. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulation (see 8 U.S.C. § 1255(b); 8 C.F.R§103.2 (19); 8. C.F.R§ 245(a)(5)) and have improperly delayed the processing of the Plaintiff's I-485 Application after the

3

Plaintiff had submitted a properly executed application. It has been **75 months** since Plaintiff has filed his I-485.

17. Under the recent USCIS Memorandum, dated February 4, 2008 " Where the application is otherwise approvable and the FBI name checks request has been pending for more than 180 days, the adjudicator **shall approve** the I-485, I-601,I-687, or I-698 and proceed with card issuance. (Emphasis added). Enclosed hereto as an **Exhibit "E"**. Moreover, USCIS news release dated April 2, 2008, states as follows: "The FBI has already eliminated all name check cases pending more than four years". Plaintiff is waiting for six years and three months. Enclosed a copy of news release as an **Exhibit "F"**.

18. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedure. The Defendants actions in adjudicating the Plaintiff's case have clearly gone beyond the expected processing time. Plaintiff's application for adjustment of status remained not adjudicated for a period of 6 years and 3 months substantially beyond all applicable processing times and delays.

19. Defendants delay in this case is, as matter of law, arbitrary and not according with law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving him of the rights to which the Plaintiff is entitled.

20. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

      (a)  Specifically, Plaintiff Vladimir Golovanov has been unable to obtain legal permanent residence, travel, work and study without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.

      (b)  Plaintiff Vladimir Golovanov, holds a Ph.D in Physics, he is a employed as a Senior Vice President in RBS Greenwich Capital Markets, Inc., and is a father of two baby girls, underwent a great stress during six years of his process of adjustment due to a constant attempts to obtain information regarding his case status, contacting Congress representatives, and currently, after a birth of his baby girl, must spend time with his infants, therefore, making it more difficult to revisit New York District Office and contacting USCIS for the status updates.

      (c)  Plaintiff has been damaged in his ability to work and travel, because his employment authorization and ability to travel are tied to his status as an applicant for permanent residency and is limited to increments not to exceed one year. Therefore, Plaintiff has been forced to apply and pay for work permit and travel documents 6 times.

21. Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., § 706(1) are unlawfully withholding action on the Plaintiff's application and have failed to

carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case. Defendants are administrative agencies subject to 5 U.S.C § 555(b), thus defendants have a legal duty to complete security checks and adjudicate application for adjustment of status within a reasonable time.

22. Plaintiff has provided sufficient evidence of his attempt to secure adjudication of this application at issue, all to no avail. Accordingly, the Plaintiff has been forced to pursue the instant action.

## PRAYER

23. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

      (a) requiring Defendants to properly adjudicate Plaintiff's application for an adjustment of status;

      (b) requiring Defendants to provide the Plaintiff with a Notice of Approval;

      (c) awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act 5 USC 504,

      (d) granting such other relief at law and in equity as justice may require.

Dated:     May 5, 2008
          New York, NY

By_____
Tsirina Goroshit (TG7676)
Attorney for the Plaintiff
Law Offices of Tsirina Goroshit &
Associates, P.C
275 Madison Ave, 4th Floor
New York, NY 10016
Tel (347)249-1311
lawmakesdifference@hotmail.com

5



**A**



U.S.I.N.S.
FEE RECEIPT
A CENTURY OF SERVICE

02/13/02                    N.Y.C.

0*0
GOLOVANOV
I 130              % 110.00
I 765              % 100.00
FR PRINT           % 25.00
I 485              % 220.00
SUBTTL             455.00
TTLAMT          455.00
BC                 455.00
CHANGE             0.00

                    4  ITEMS

0023006                19:13

**B**



**U. S. Department of Homeland Security**
**Bureau of Citizenship and Immigration Services**

## PRESENT THIS LETTER AT THE WORTH STREET ENTRANCE

Vladimir GOLOVANOV

345 East 80th Street, Apt. 19B

New York, NY 10021

**File Number:** A95521158

**Date:** 06/20/2003

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 26 FEDERAL PLAZA NEW YORK, NY 10278 | Room No. 8-800 | Floor No. 8TH |
|---|---|---|---|
| DATE AND HOUR | | 02/02/2004 | 7:45:00 AM |
| ASK FOR | IMMIGRATION EXAMINER | | |
| REASON FOR APPOINTMENT | ADJUSTMENT OF STATUS | | |
| BRING WITH YOU | SEE ATTACHMENTS | | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. IF YOU ARE UNABLE TO DO SO, STATE YOUR REASON, SIGN BELOW AND RETURN THIS LETTER.

WARNING:

IF YOU CONSIDER DEPARTING FROM THE UNITED STATES TO ANY COUNTRY, INCLUDING CANADA OR MEXICO, BEFORE A DECISION IS MADE ON YOUR APPLICATION, CONSULT WITH THIS OFFICE BEFORE DEPARTURE SINCE A DEPARTURE FROM THE UNITED STATES WILL RESULT IN TERMINATION OF YOUR APPLICATION.

| I am unable to keep the appointment because: | |
|---|---|
| SIGNATURE | DATE |

Attorney Name:    Magler & Savrin

Attorney Address:    460 Seventh Avenue, Suite 2407

New York, NY 10123-

*Fingerprint appointment forward to applicant.

Very truly yours,

Mary Ann Gantner
Interim Director
New York District



**U. S. Department of Homeland Security**
**Bureau of Citizenship and Immigration Services**

## PRESENT THIS LETTER AT THE WORTH STREET ENTRANCE

Vladimir GOLOVANOV

170 East 88th Street, Apt 6C

New York, NY 10028

**File Number:**   A95521158

**Date:**       1/11/2006

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 26 FEDERAL PLAZA NEW YORK, NY 10278 | Room No. 8-800 | Floor No. 8TH |
|---|---|---|---|
| DATE AND HOUR | | 3/15/2006 | 10:30:00 AM |
| ASK FOR | IMMIGRATION EXAMINER | | |
| REASON FOR APPOINTMENT | ADJUSTMENT OF STATUS (NOTE: This notice does not represent a decision on motions in any related matters or prior decisions.) | | |
| BRING WITH YOU | SEE ATTACHMENTS | | |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**
IF YOU ARE UNABLE TO DO SO, STATE YOUR REASON, SIGN BELOW AND RETURN THIS LETTER.

WARNING:
IF YOU CONSIDER DEPARTING FROM THE UNITED STATES TO ANY COUNTRY, INCLUDING CANADA OR MEXICO, BEFORE A DECISION IS MADE ON YOUR APPLICATION, CONSULT WITH THIS OFFICE BEFORE DEPARTURE SINCE A DEPARTURE FROM THE UNITED STATES WILL RESULT IN TERMINATION OF YOUR APPLICATION.

I am unable to keep the appointment because:

| SIGNATURE | DATE |
|---|---|

Attorney Name:    Magier & Savrin Esq
Attorney Address:   450 Seventh Ave Ste 2407
New York, NY 10123-

Very truly yours,

Mary Ann Gantner
District Director - CIS
New York District

P. 004/015



**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services

# Fingerprint Notification

Vladimir GOLOVANOV

345 East 80th Street, Apt. 19B

New York, NY 10021

**Date:** 06/20/2003

**A Number:** A95521158

**DOB:** 10/20/1971

Dear Applicant:

To continue processing your (please circle one of the followings: I-485, _____ ) application, INS must send your fingerprints to the Federal Bureau of Investigation. If you were between the ages of 14 and 75 at the time of filing, you must have your fingerprints taken at an INS Application Support Center (ASC). You have been scheduled to be fingerprinted at the location listed below:

| Address | Hours of Operation | |
|---|---|---|
| US Immigration & Naturalization Service | Saturday & Sunday | Closed |
| 201 Varick Street - 10 Floor | Monday - Friday | 8 am - 4 pm |
| New York, NY 10014 | Also Closed On Federal Holidays | |

Corner of Varick Street and Houston Street.
Subway: Take the B, D, Q, E or F to West 4 Street, then walk about 3 blocks.  Take the Number 1 or 9 to Houston
Street Station

## You are scheduled to be fingerprinted at the address above

on ____12/26/2003____ at ____8:00 AM____

When you go to have your fingerprints taken, you must bring:
1) This Letter; and
2) Your Alien Registration Card (ARC). If you do not have your ARC, you must bring alternative photo identification such as passport, valid driver's license, national ID, State-issued photo ID, or other INS-issued photo ID.

Please be reminded that you must bring this letter and proper photo identification mentioned above to have your fingerprints taken, without them the INS ASC will not take your fingerprints. This will delay in the processing of your application.

If you can not go to the INS ASC on your scheduled day, you must request another appointment in writing to the address listed above within 7 days after you have received this letter. You must have your fingerprints taken within 87 days from the date on the upper right hand corner of this notice. **If you do not have your fingerprints taken within that period, your application or petition may be considered abandoned and denied.** Please do not appear before your scheduled date

Sincerely,

Mary Ann Gaetner
Interim Director
New York District



**U.S. Department of Justice**
**Immigration and Naturalization Service**

# Fingerprint Notification

Date: _MAy 21, 2005_

Seymour MAGIER
450 Seventh Ave, Ste. 2407
New York, NY 10123
cc: Vladimir Golovanov

A Number: _A095 531158_

DOB: _10/20/1971_

Dear Applicant:

To continue processing your (please circle one of the followings: I-246, I-485, I-589, _____ )
application, INS must send your fingerprints to the Federal Bureau of Investigation. If you were between
the ages of 14 and 75 at the time of filing, you must have your fingerprints taken at an INS Application
Support Center (ASC). You have been scheduled to be fingerprinted at the location listed below:

**Address**
US Immigration & Naturalization Service
201 Varick Street – 10th Floor
New York, NY 10014

**Hours of Operation**
Saturday & Sunday            Closed

Monday – Friday            8am-4pm

Also Closed On Federal Holidays

## You are scheduled to be fingerprinted at the address above
on _June 7, 2005_ at _8:00_ AM

When you go to have your fingerprints taken, you must bring:
1) This Letter
2) Your Alien Registration Card (ARC). If you do not have your ARC, you must bring alternative
   photo identification such as passport, valid driver's license, national ID, State-issued photo ID, or
   other INS-issued photo ID.

Please be reminded that you must bring this letter and proper photo identification mentioned above to have
your fingerprints taken, without them the INS ASC will not take your fingerprints. This will delay in the
processing of your application.

If you can not go to the INS ASC on your scheduled day, you must request another appointment in writing
to the address listed above within 7 days after you have received this letter. You must have your
fingerprints taken within 87 days from the date on the upper right hand corner of this notice. **If you do
not have your fingerprints taken within that period, your application or petition
may be considered abandoned and denied.**

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:    XNK
BIOMETRICS QA REVIEW BY:

ON

**N.Y.C. – XNK**
201 VARICK STREET – 10 FL
N.Y., NY 10014
Corner of Varick Street and Houston Street
Subway: Take the B, D, Q, E, or F train to W 4 Street, then walk about three blocks. Take the number 1 or
9 train to Houston Street Station.

MONDAY – FRIDAY    FINGERPRINTS QA REVIEW BY:
8:00 AM – 4:00 PM
157497    ON  06/07/2005

# C

# MAGIER & SAVRIN

*ATTORNEYS AT LAW*

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

450 Seventh Avenue
Suite 2407
New York, NY 10123-0110
Tel: (212) 564-8525
Fax: (212) 967-0867
symag@aol.com - jasavrin@aol.com

Great Neck Office:
40 Cutter Mill
Room 300
Great Neck, NY 11021

April 9, 2004

**By Hand**

US Citizenship and Immigration Services
26 Federal Plaza, 8th Floor
New York, NY 10278
**ATTN: Officer Lisa Dore**

**RE: GOLOVANOV, Vladimir**
**A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above mentioned was interviewed in your office by Officer Dore on February 2, 2004 as per attached notice.

On that day, the applicant was told to wait for clearances. It has been more than two months and there has been no response.

Kindly locate file and advise me of the status of this case.

Thank you.

Very truly yours,

**SEYMOUR MAGIER**

S:\Subrina\Clients\G\Golovanov\inquiry.doc

# MAGIER & SAVRIN
### ATTORNEYS AT LAW

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue*
*Suite 2407*
*New York, NY 10123-0110*
*Tel: (212) 564-8525*
*Fax: (212) 967-0867*

*Great Neck Office:*
*40 Cutter Mill*
*Room 300*
*Great Neck, NY*
*11021*

January 21, 2005

USCIS
26 Federal Plaza
New York, NY 10278
**ATTN: Officer Lisa Dore**

RE:    **APPLICATION FOR ADJUSTMENT OF STATUS**
       **GOLOVANOV, Vladimir**
       **A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above-mentioned applicant was interviewed in your office by you on February 2, 2004 as per attached notice. The case appeared to be approved pending clearances.

Please advise us if/when you will receive clearances so that the applicant can receive of his green card.

Thank you for your kind cooperation regarding this matter.

Very truly yours,

MAGIER AND SAVRIN

S:\Seifel\Clients\G\Golovanov\Status letter to NY.doc

## MAGIER & SAVRIN
### ATTORNEYS AT LAW

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

450 Seventh Avenue
Suite 2407
New York, NY 10123-0110
Tel: (212) 564-8525
Fax: (212) 967-0867

Great Neck Office:
40 Cutter Mill
Room 300
Great Neck, NY
11021

April 5, 2005

USCIS
26 Federal Plaza
New York, NY 10278
**ATTN: Officer Lisa Dore**

RE:    **APPLICATION FOR ADJUSTMENT OF STATUS**
       **GOLOVANOV, Vladimir**
       **A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above-mentioned applicant was interviewed in your office by you on February 2, 2004 as per attached notice. The case appeared to be approved pending clearances.

Please advise us if/when you will receive clearances so that the applicant can receive of his green card.

Thank you for your kind cooperation regarding this matter.

Very truly yours,

MAGIER AND SAVRIN



## MAGIER & SAVRIN
### ATTORNEYS AT LAW

SEYMOUR MAGIER
JANET A. SAVRIN

450 Seventh Avenue
Suite 2407
New York, NY 10123-0110
Tel: (212) 564-5525
Fax: (212) 967-0867

Great Neck Office:
40 Cutter Mill
Room 300
Great Neck, NY
11021

*FILE COPY*

September 7, 2005

USCIS
26 Federal Plaza
New York, NY 10278
**ATTN: Officer Lisa Dore**

RE:    **APPLICATION FOR ADJUSTMENT OF STATUS**
       **GOLOVANOV, Vladimir**
       **A# 95 521 158**

Dear Sir or Madam:

Please be advised that the above-mentioned applicant was interviewed in your office by you on February 2, 2004 as per attached notice. The case appeared to be approved pending clearances.

Please advise us if/when you will receive clearances so that the applicant can receive of his green card.

Thank you for your kind cooperation regarding this matter.

Very truly yours,

MAGIER AND SAVRIN

S:\Stads\Clients\G\Golovanov\Status letter to NY.doc

MAGIER   &   SAVRIN

*ATTORNEYS AT LAW*

# FILE COPY

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue*
*Suite 2407*
*New York, NY 10123-0110*
*Tel: (212) 564-8525*
*Fax: (212) 967-0867*
*symag1115@yahoo.com*
*jasavrin@gmail.com*

*Great Neck Office:*
*40 Cutter Mill*
*Room 300*
*Great Neck, NY 11021*

June 7, 2007

U.S. Citizenship and Immigration Services
26 Federal Plaza,
Section 245, Floor No. 8
New York, NY 10278
Attention: DAO Wanton

### Re:   I-485 Application for Adjustment of Status
### Mr. Vladimir GOLOVANOV – A# 95 521 158

Dear DAO Wanton:

Please be advised that Mr. Golovanov was interviewed by you on March 15, 2006 as per the attached notice. On that day, Mr. Golovanov's name clearance was not back.

It has been more than two months and we have not received any correspondence from the Immigration Service regarding the above-mentioned case.

Kindly locate the file and advise us on the status of this application for adjustment of status.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

JANET A. SAVRIN

S:\Olga\Golovanov\status letter to NYC - .doc

# MAGIER  &  SAVRIN

*ATTORNEYS AT LAW*

**FILE COPY**

SEYMOUR MAGIER
JANET A. SAVRIN

*450 Seventh Avenue*
*Suite 2407*
*New York, NY 10123-0110*
*Tel: (212) 564-8525*
*Fax: (212) 967-0867*
*s,»mag1115@yahoo.com*
*jasavrin@gmail.com*

*Great Neck Office:*
*40 Cutter Mill*
*Room 300*
*Great Neck, NY 11021*

July 9, 2007

U.S. Citizenship and Immigration Services
26 Federal Plaza,
Section 245, Floor No. 8
New York, NY 10278
Attention: DAO Wanton

**Re:    I-485 Application for Adjustment of Status**
    **Mr. Vladimir GOLOVANOV — A# 95 521 158**

Dear DAO Wanton:

Please be advised that Mr. Golovanov was interviewed by you on March 15, 2006, and he was fingerprinted by the USCIS on January 9, 2007, as per the attached notices. On that day, Mr. Golovanov's name clearance was not back.

It has been more than fourteen months and we have not received any decision from the Immigration Service regarding the above-mentioned case.

Kindly locate the file and advise us on the status of this application for adjustment status.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

MAGIER & SAVRIN

S:\O\jas\CLIENTS\G\Golovanov\2nd status letter to NYC -.doc

# D

*Recvd—First Rtlts tamailed*

Tamara Gruzberg
Vladimir Golovanov
170 E 88th street Apt 6C
New York, NY 10128

Carolyn Maloney (D-NY 14th)
1651 Third Ave., #311
New York, NY 10128

September 19, 2005

Dear Carolyn Maloney:

I am seeking your help in the matter very important for me and my family.

I am a naturalized citizen and petitioned for my husband Vladimir Golovanov (A 095 521 158) to become a permanent resident more than three and a half years ago. Since then our child was born; she is three years old now. We have had our interview with a Homeland Security (former INS) officer more than a year and half ago on Feb 2, 2004. As far as we could tell the interview was successful, with the only remaining issue left was the security clearance from the Department of Homeland Security. Since then, for more than a year there were no development in our case until on May 21, 2005 Vladimir was called for second fingerprinting. We hoped that this would mean that our case is close to conclusion as we assumed that our file got a renewed attention from a reviewer. However, another three months passed without any progress.

My husband is making valuable contributions to our society. He has Ph.D. in Physics from the SUNY at Stony Brook; he has been working at a major financial company (Greenwich Capital Markets) for seven years.

Not having a permanent resident status is a severe burden on Vladimir and our whole family as we are lacking the very basic security and stability in our life.

We understand the need for the elevated scrutiny of Green card applicants in current environment; however one and half years from the interview (not to mention three and a half years from the initial application date) seems like a lot of time. The most disturbing issue here is that there is no timetable of any kind of when we can possibly expect the resolution of our case. As far as we can tell, it can last indefinitely.

We are hoping that being our representative in the US Congress you would help us to get our voices heard and our questions answered.

Here are some details of our application:
Vladimir Golovanov,
A#: 095 521 158
DOB: 10/20/1971
Place of Birth: Uzbekistan, Tashkent.
Citizenship: Ukraine
Petition Filed: 2/13/2002
First fingerprinting scheduled: 12/26/2003; postponed as the day declared federal
holiday. Taken on 12/30/2003
Interview: 2/2/2004
Second Fingerprinting: 6/7/2005
Green card received:  ??????

Sincerely,

Tamara Ginzburg

CAROLYN B. MALONEY
New York, 14th District

14th Rainbow House Office Building
Washington, DC 20515-3214
(202) 225-7944

COMMITTEES:
FINANCIAL SERVICES

GOVERNMENT REFORM

JOINT ECONOMIC COMMITTEE



DISTRICT OFFICES:

☐   1651 Third Avenue
Suite 311
New York, NY 10128
(212) 860-0606

☐   28-11 Astoria Boulevard
Astoria, NY 11102
(718) 932-1804

Website: www.house.gov/maloney

# Congress of the United States
## House of Representatives
### Washington, DC 20515—3214

September 27, 2005

Mr. Juan Lima
Supervisory District Adjudications Officer
U.S. Citizenship And Immigration Services
Congressional Liaison Unit
26 Federal Plaza, Room 536
New York, NY 10278-0094

Re:   Vladimir Golovanov
A-095521158

Dear Mr. Lima:

I am writing on behalf of Tamara Gruzberg, who resides in the 14th Congressional District, which I represent. Ms. Gruzberg contacted me regarding the I-485 application filed by her husband, Vladimir Golovanov.

As stated in the enclosed correspondence, Mr. Golovanov filed for adjustment of status on February 13, 2002. I understand that Mr. Golovanov was interviewed on February 2, 2004. Since that time, Mr. Golovanov has received no further information regarding his I-485 application. Accordingly, please advise me as to the status of Mr. Golovanov's I-485 application for adjustment of status.

At this time, I request that Ms. Gruzberg's concerns receive prompt review and every possible consideration, consistent with all applicable rules and regulations. Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact Leena Krishnaswamy in my district office at (212) 860-0606.

Sincerely,

Carolyn B. Maloney
CAROLYN B. MALONEY
Member of Congress

CBM/lk
cc: Tamara Gruzberg

Please Reply To: .
1651 Third Avenue, Suite 311
New York, NY 10128-3679

# U.S. DEPARTMENT OF HOMELAND SECURITY

Citizenship and Immigration Services

26 Federal Plaza

New York, New York 10278



A 95521158
NYC 06-0321

**HONORABLE CAROLYN MALONEY**
**MEMBER OF U.S. CONGRESS**
**1651 THIRD AVENUE SUITE 311**
**NEW YORK, NY 10128**

11-Oct-05

**Subject:  GOLOVANOV, VALDIMIR**

Dear *CONGRESSWOMAN MALONEY*

We received your request for information regarding to the subject on
10/11/2005

Your request is being handled in chronological order.  It has been
assigned the following record number:  **06-0321**
**Please cite this number in any further inquiry concerning this request.**

We will respond to your request as quickly as possible.
Thank you for your patience in this matter.

Sincerely,

Mary Ann Gantner
*District Director*
*U.S. Citizenship & Immigration Services*
*New York District*
MAG/ h. kwok





# Congress of the United States

## House of Representatives

Washington, DC 20515

**January 30, 2006**

Mr. Vladimir Golovanov
170 E 88th St Apt 9C
New York, NY 10128

Dear Mr. Golovanov:

I recently wrote to the USCIS on your behalf. Enclosed please find a copy of the response I received. I hope you find the information therein useful.

If you have any questions, or if I can be of further assistance regarding this or any other matter, please do not hesitate to contact Leena Krishnaswamy in my district office at (212) 860-0606.

Sincerely,

CAROLYN B. MALONEY
Member of Congress

CBM/blw

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

Sign up for periodic e-mail updates from Congresswoman Maloney at
http://www.house.gov/maloney/email.html

CAROLYN B. MALONEY
14TH DISTRICT, NEW YORK

2831 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3214
(202) 225-7944

COMMITTEE:
FINANCIAL SERVICES

GOVERNMENT REFORM

JOINT ECONOMIC COMMITTEE



# Congress of the United States
## House of Representatives
### Washington, DC 20515-3214

January 4, 2006

Mr. Juan Lima
Supervisory District Adjudications Officer
U.S. Citizenship And Immigration Services
Congressional Liaison Unit
26 Federal Plaza, Room 536
New York, NY 10278-0004

Re: Golovanov, Vladimir
A-095521158

Dear Mr. Lima:

Thank you for your correspondence of October 11th, 2005, assigning the control # 06-0321 to my inquiry regarding the I-485 application for adjustment of status filed by Vladimir Golovanov. Mr. Golovanov resides in the 14th Congressional District, which I represent. To date, I have not received a substantive response to my inquiry.

As stated in the original correspondence (enclosed), Mr. Golovanov filed his application in February 2002 and was interviewed in February 2004. Since that time, Mr. Golovanov has not received any additional information from USCIS. Accordingly, please advise me as to the status of Mr. Golovanov's I-485 application for adjustment of status.

I request that Mr. Golovanov's application be reviewed once again, consistent with all applicable rules and regulations. If you have any questions regarding this matter, please do not hesitate to contact Leena Krishnaswamy in my district office at (212) 860-0606.

Sincerely,

Carolyn B. Maloney

CAROLYN B. MALONEY
Member of Congress

CBM/sr
cc: Vladimir Golovanov

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

PRINTED ON RECYCLED PAPER

CAROLYN B. MALONEY
14TH DISTRICT, NEW YORK

2331 RAYBURN HO. FT OFFICE BUILDING
WASHINGTON, DC 20515-3214
(202) 225-7944

COMMITTEES:
FINANCIAL SERVICES

GOVERNMENT REFORM

JOINT ECONOMIC COMMITTEE



# Congress of the United States
## House of Representatives
### Washington, DC 20515–3214

DISTRICT OFFICES:
☐  1651 THIRD AVENUE
    SUITE 311
    NEW YORK, NY 10128
    (212) 860-0606

☐  28-11 ASTORIA BOULEVARD
    ASTORIA, NY 11102
    (718) 932-1804

WEBSITE: WWW.house.gov/maloney

April 21, 2006

Sheri Kalisch
Office Of Congressional Affairs
Federal Bureau Of Investigation
U.S. Department of Justice
935 Pennsylvania Avenue
Washington, DC 20535-0001

Re:    Golovanov, Vladimir
A95521158

Dear Ms. Kalisch:

I am writing on behalf of Tamara Gruzburg, who resides in the 14th Congressional District, which I represent. Ms. Gruzburg contacted me regarding the status of the security background checks for the pending I-485 application for adjustment of status filed by her husband, Vladimir Golovanov,

As stated in the enclosed correspondence, Mr. Golovanov submitted his I-485 application on February 13, 2002 and was fingerprinted for the first time on December 30, 2003. Since then, he has been fingerprinted once more, in June 2005, and he was summoned for another interview in March 2006. At this time, he was told that since the security checks have not been completed, USCIS cannot proceed with processing his application. Accordingly, please advise me as to when Mr. Golovanov can expect to receive security clearance.

At this time, I request that Ms. Gruzburg's concerns receive prompt review and every possible consideration, consistent with all applicable rules and regulations. Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact Tina Olechowski in my district office at (212) 860-0606.

Sincerely,

Carolyn B. Maloney
CAROLYN B. MALONEY
Member of Congress

CBM/blw
cc: Vladimir Golovanov

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

PRINTED ON RECYCLED PAPER



# Congress of the United States

## House of Representatives

Washington, DC 20515-3214

May 25, 2006

Ms. Tamara Gruzberg
170 E 88th St Apt 6C
New York, NY 10128-2378

Dear Ms. Gruzberg:

I recently wrote to the F.B.I. on your behalf. Enclosed please find a copy of the response I received. I hope you find the information therein useful. Please note I have sent a follow up letter to the F.B.I. I will forward you additional information as it as forthcoming.

If you have any questions, or if I can be of further assistance regarding this or any other matter, please do not hesitate to contact Tina Olechowski in my district office at (212) 860-0606.

Sincerely,

Carolyn B. Maloney

**CAROLYN B. MALONEY**
**Member of Congress**

CBM/tol

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

Sign up for periodic e-mail updates from Congresswoman Maloney at
http://www.house.gov/maloney/email.html

07/10/2007 16:42 FAX 2122642269          CONGRESSIONAL                    ☒002/002

# Congressional Unit

## GIVE THIS YOUR IMMEDIATE ATTENTION !



File No: 95521158
Date    : 6/28/2007

Ctrl    : **07-7246**

In Re: **GOLOVANOV, VLADIMIR**

Information requested by: **SCHUMER, CHARLES E.**
**757 THIRD AVENUE SUITE 17-02  NEW YORK, NY  10017**

[ ] Attorney    [ ] Congressional    [ ] Consulate    [ ] Other

Inquiry:    [ ] Telephone    [ ] By Letter    [ ] Appeared in person

## To: **CON**

Information requested:        FOR REVIEW AND RESPONSE, DUE BY  **7/28/2007**

STATUS OF I-485.

Information furnished:

PLEASE ADVISE YOUR CONSTITUENT ALL APPLICANTS SEEKING U.S. IMMIGRATION BENEFITS ARE
SUBJECT TO CRIMINAL AND NATIONAL SECURITY CHECKS. THESE INVESTIGATIONS REQUIRE
TIME RESOURCES AND PATIENCE. THE USCIS RECOGNIZES THAT THE PROCESS IS SLOWER FOR
SOME CUSTOMERS. THE USCIS IS WORKING CLOSELY WITH THE FBI AND OTHER AGENCIES TO
SPEED THE BACKGROUND CHECK PROCESS. HOWEVER, THE SERVICE CANNOT MAKE A FINAL
DECISION WITHOUT CLEARANCE OF THE REQUIRED SECURITY CHECKS.

_(signature)_ 7/10/07
(Signature of Officer or Employee)

Approved by:  _(signature)_ 7/10/07
(Signature of Supervisor)

Location:

*TINA*

# Congressional Unit

## GIVE THIS YOUR IMMEDIATE ATTENTION !



File No: 95521358
Date     : 10/11/2006
Ctrl    : **07-0278**

In Re: **GOLOVANOV, VLADIMIR**

Information requested by :  **MALONEY, CAROLYN**
**1651 THIRD AVENUE SUITE 311  NEW YORK, NY 10128**

[ ] Attorney    [ ] Congressional    [ ] Consulate    [ ] Other

Inquiry:  [ ] Telephone    [ ] By Letter    [ ] Appeared in person

To: **CON**

Information requested    FOR REVIEW AND RESPONSE, DUE BY   **11/10/2006**

STATUS OF I-485

Information furnished

PLEASE BE ADVISED APPLICANT'S CASE IS CURRENTLY PENDING MANDATED SECURITY
BACKGROUND CHECKS. BACKGROUND CHECKS MAY STILL BE CONSIDERED PENDING WHEN
EITHER THE FBI OR RELEVANT AGENCY HAS NOT PROVIDED THE FINAL RESPONSE TO THE
BACKGROUND CHECK OR WHEN THE FBI OR AGENCY HAS PROVIDED A RESPONSE, BUT THE
RESPONSE REQUIRES FURTHER INVESTIGATION OR REVIEW BY THE AGENCY OR USCIS.
RESOLVING PENDING CASES IS TIME-CONSUMING AND LABOR-INTENSIVE; SOME CASE
LEGITIMATELY TAKE MONTHS OR EVEN SEVERAL YEARS TO RESOLVE.

(Signature of Officer or Employee)   10/11/06         Approved by _____
                                                        (Signature of Supervisor)

Mailed _____

# Congressional Unit
## GIVE THIS YOUR IMMEDIATE ATTENTION !



File No: 95521158
Date    : 1/24/2006
Ctrl    : 06-3242

## In Re: GOLOVANOV, VLADIMIR

Information requested by :  MALONEY, CAROLYN
1651 THIRD AVENUE SUITE 311 NEW YORK, NY 10128

[ ] Attorney    [ ] Congressional    [ ] Consulate    [ ] Other

Inquiry:  [ ] Telephone    [ ] By Letter    [ ] Appeared in person

## To:   CON

Information requested:   FOR REVIEW AND RESPONSE, DUE BY 2/23/2006

STATUS INQUIRY ON I-485.

Information furnished:

PLEASE BE ADVISED THAT APPLICANT WAS PREVIOUSLY INTERVIEWED AND WAITING FOR
COMPLETION OF ALL REQUIRED SECURITY AGENCY CHECKS. APPLICANT WILL BE NOTIFIED BY
MAIL OF ALL FURTHER ACTIONS.

(Signature of Officer or Employee)

Approved By:                              (Signature of Supervisor)

Logged on:

# E



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

FEB 4 - 2008

## Interoffice Memorandum

HQ 70/23 & 70/28.1

**TO:**       Field Leadership

**FROM:**   Michael Aytes
           Associate Director, Domestic Operations

**SUBJECT:**  Revised National Security Adjudication and Reporting Requirements

**Background**

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

Revised National Security Adjudication and Reporting Requirements
Page 2

Revised Guidance

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director

**F**



*Office of Communications*

**U.S. Citizenship and Immigration Services**

# News Release

April 2, 2008

## USCIS AND FBI RELEASE JOINT PLAN TO ELIMINATE BACKLOG OF FBI NAME CHECKS
### *Partnership Establishes Series of Milestones To Complete Checks*

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) and the Federal Bureau of Investigation (FBI) today announced a joint plan to eliminate the backlog of name checks pending with the FBI.

USCIS and the FBI established a series of milestones prioritizing work based on the age of the pending name check. The FBI has already eliminated all name check cases pending more than four years.

"This plan of action is the product of a strong partnership between USCIS and the FBI to eliminate the backlogs and to strengthen national security," said USCIS Director Emilio Gonzalez.

By increasing staff, expanding resources, and applying new business processes, the goal is to complete 98 percent of all name checks within 30 days. USCIS and the FBI intend to resolve the remaining two percent, which represent the most difficult name checks and require additional time to complete, within 90 days or less. The goal is to achieve and sustain these processing times by June 2009.

The joint plan will focus on resolving the oldest pending FBI name checks first. USCIS has also requested that the FBI prioritize resolution of approximately 29,800 pending name checks from naturalization applicants submitted to the FBI before May 2006 where the naturalization applicant was already interviewed.

The target milestones for processing name checks are:

| Completion Goal | Category |
| --- | --- |
| May 2008 | Process all name checks pending more than three years |
| July 2008 | Process all name checks pending more than two years |
| Nov. 2008 | Process all name checks pending more than one year |
| Feb. 2009 | Process all name checks pending more than 180 days |
| June 2009 | Process 98 percent of all name checks within 30 days and process the remaining two percent within 90 days. |

– USCIS –