UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VLADIMIR GOLOVANOV,

                                            Plaintiff,

            - against -

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security;
EMILIO T. GONZALEZ, Director of U.S.
Citizenship and Immigration Services;
ROBERT S. MUELLER III, Director of
Federal Bureau of Investigation
ANDREA J. QUARANTILLO, Director,
New York City District, U.S. Citizenship
 and Immigration Service
MICHAEL MUKASEY, U.S. Attorney
General of the United States of America
                                      Defendant.
------------------------------------------------------------------X

Index No: 08civ4275

Affirmation of Service

     I, Pavel Sheynerman, declare under penalty of perjury that on May 10, 2008, I have served a copy of the attached Summons and Complaint, the assigned Judges Individual Rules, USDC/SDNY Instructions, procedures, guidelines for Electronic Case Filing in a secure envelope and mailed the same via certified mail return receipt requested upon Defendants whose Addresses are:

Emilio T. Gonzalez, Director of USCIS
U.S. Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington, DC 20528

Michael B. Mukasey, United States Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Michael Chertoff, Secretary of the Department of Homeland Security
Office of General Counsel of United States
US Department of Homeland Security
Washington, DC 20528

Robert S. Mueller, Director of FBI
Federal Bureau of Investigation

1

J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

Andrea J. Quarantillo, USCIS District Director
U.S. Citizenship and Immigration Services
26 Federal Plaza,
New York, NY 10278

Michel J. Garcia, U.S. Attorney
United States Attorney's Office for the
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007


Dated:    May 14, 2008
          New York, New York




_____
Pavel Sheynerman


Sworn to before me this
May 14, 2008


Angelica M Virola
_____
Notary Public

Angelica M Virola
Notary Public
Bronx County, New York
01VI5008047
Expires 3 / 11 / 11

2

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/10/08 |
| NAME OF SERVER (PRINT) PAUL SHEYNERMAN | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served via certified mail return receipt requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/10/08__   _[signature] P. Sheynerman_
            Date              Signature of Server

_275 Madison Ave, New York, NY 10016_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

