UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VLADIMIR GOLOVANOV,

                Plaintiff,

      v.

MICHAEL CHERTOFF, Secretary of the DHS, et al.

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

08 Civ. 4275 (RJH)

NOTICE OF APPEARANCE

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 3, 2008

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York

                  By:    /s/ _____
                           PATRICIA BUCHANAN
                           Assistant United States Attorney
                           86 Chambers Street, 3rd Floor
                           New York, New York 10007
                           Telephone: (212) 637-3274
                           Facsimile: (212) 637-2786
                           Email: patricia.buchanan@usdoj.gov

TO:    Tsirina Goroshit, Esq.
          275 Madison Ave., 4th Floor
          New York, NY 10016