

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 16, 2008



By Fax: (212) 805-7948
Hon. Richard J. Holwell
United States District Court
  Southern District of New York
500 Pearl Street, Rm. 1950
New York, NY 10007

    Re:    <u>Golovanov v. Chertoff, 08 Civ 04275 (RJH)</u>

Dear Judge Holwell:

    I respectfully write to request an ajournment of the conference scheduled for June 20, 2008 because I will be out of the Office on that day. This is the first request for an adjournment in this case and Plaintiff's counsel, Ms. Tsirina Goroshit, consents to this request. Ms. Goroshit and I are available for a conference at the Court's convenience during the week of July 7.

    The Government's Answer is currently due on July 9, 2008. The parties have also agreed to extend the Answer date 60 days, to September 8, 2008. In the meantime, the Government is actively reviewing this case.

    We thank the Court for its consideration of this request.

*[Handwritten: Conference rescheduled for 7/10/08 at 10:00 am]*

Sincerely,
MICHAEL J. GARCIA
UNITED STATES ATTORNEY

By: Patricia L. Buchanan
Assistant United States Attorney
Civil Division
Tel: (212) 637-3274

*[Handwritten: SO ORDERED [signature] USDJ 6/18/08]*

By Fax: (212) 937-4697
cc: Ms. Tsirina Goroshit, Counsel for Plaintiff

TOTAL P.02