

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

June 27, 2008

**By Fax: (212) 805-7948**
Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1950
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08



RECEIVED
JUN 30 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re: Golovanov v. Chertoff, 08 Civ 04275 (RJH)

Dear Judge Holwell:

I respectfully write to request an ajournment of the conference scheduled for July 10, 2008. This is the second request for an adjournment in this case and Plaintiff's counsel, Ms. Tsirina Goroshit, consents to this request.

The parties are working toward a settlement. To that end, Mr. Golovanov is scheduled to be interviewed by Citizenship and Immigration Services (CIS) about his application for adjustment of status on July 10, and the parties are hopeful that CIS will render a decision on his application thereafter. Because of these developments, the parties anticipate no conference will be necessary. If, however, the Court would like to schedule a conference, we respectfully suggest that any such conference be schedule no earlier than the week of July 28.

We thank the Court for its consideration of this request.

Conference adjourned to 8/8/08 at 10:00 am
SO ORDERED
[signature]
USDJ
7/3/08

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: Patricia L. Buchanan
Assistant United States Attorney
Civil Division
Tel: (212) 637-3274

**By Fax: (212) 937-4697**
cc: Ms. Tsirina Goroshit, Counsel for Plaintiff

TOTAL P.02