UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
**VLADIMIR GOLOVANOV,**                          :    08 Civ. 04275 (RJH)
:
              Plaintiff,          :
:
   -against-                                :    **ORDER**
:
**SECRETARY MICHAEL CHERTNOFF, et al,** :
:
:
             Defendants.         :
:
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

        The pretrial conference presently scheduled for August 08, 2008 is adjourned to September 05, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
July 08, 2008
SO ORDERED:

                                       _____
                                       Richard J. Holwell
                                       United States District Judge