UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

------------------------------------------------------------x

**VLADIMIR GOLOVANOV,**  :  08 Civ. 04275 (RJH)

               Plaintiff,  :

   -against-  :  **ORDER**

**SECRETARY MICHAEL CHERTNOFF, et al,**  :

               Defendants.  :

------------------------------------------------------------x

The pretrial conference scheduled for September 05, 2008 is rescheduled to October 02, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 22, 2008
SO ORDERED

_____
Richard J. Holwell
United States District Judge